# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLARICE BROOKS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 19-2855** |
| **ANDREW SAUL,[1]** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this ___23RD___ day of December, 2019, upon consideration of Plaintiff's

request for review and Defendant's response, IT IS ORDERED that:

1.    Plaintiff's Request for Review is DENIED; and

2.    Judgment is entered in favor of the Defendant.


BY THE COURT:


___/s/ Lynne A. Sitarski___
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1]  Andrew M. Saul was confirmed as Commissioner of the Social Security Administration on June 4, 2019.  Pursuant to Fed. R. Civ. P. 25(d), I have substituted Andrew M. Saul as defendant in this suit.